## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ALFONSO PERCY PEW, | : No. 3 EAP 2020 |
| | : |
| Appellant | : Appeal from the Order of |
| | : Commonwealth Court dated |
| | : November 21, 2019 at No. 581 MD |
| v. | : 2018. |
| | : |
| | : |
| JOHN E. WETZEL, SECRETARY OF | : |
| CORRECTIONS, SHIRLEY M. SMEAL, | : |
| EXECUTIVE DEPUTY SECRETARY OF | : |
| CORRECTIONS, STEVEN GLUNT, | : |
| REGIONAL DEPUTY SECRETARY OF | : |
| CORRECTIONS, MARCIA NOLES, | : |
| BUREAU HEALTH CARE SERVICE | : |
| DEPARTMENT OF CORRECTIONS, | : |
| ULRICH KLEMM, BUREAU TREATMENT | : |
| SERVICES DEPARTMENT OF | : |
| CORRECTIONS, TRACEY SMITH, | : |
| DIRECTOR RELIGIOUS | : |
| ACCOMMODATION COMMITTEE | : |
| DEPARTMENT OF CORRECTIONS, | : |
| MAHALLY, SUPERINTENDENT PA. | : |
| D.O.C., DEMMING, DEPUTY PA. D.O.C., | : |
| RONALD OTT, FOOD SERVICE | : |
| MANAGER PENNSYLVANIA | : |
| DEPARTMENT OF CORRECTIONS, LT. | : |
| FILIPIAK, PENNSYLVANIA DEPARTMENT | : |
| OF CORRECTIONS, JOHN DOE, DEPUTY | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS, SUED IN INDIVIDUAL | : |
| AND OFFICIAL CAPACITIES FOR | : |
| MONETARY DAMAGES, | : |
| | : |
| Appellees | : |

## <u>ORDER</u>

**PER CURIAM**                                           **DECIDED:  July 21, 2020**

**AND NOW**, this 21st day of July, 2020, the order of the Commonwealth Court is **AFFIRMED**.